AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>IN THE MATTER OF THE SEARCH OF<br>One iPhone IMEI ID: 359306062823487, black in color | )<br>)<br>) Case No. 3:19sw115<br>)<br>)<br>) |

FILED
MAY - 7 2019
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____Virginia_____
*(identify the person or describe the property to be searched and give its location)*:

One iPhone IMEI ID: 359306062823487, black in color, described in Attachment A.
This device is currently located at the ATF Richmond I Field Office.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____4/8/2019_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C.
§ 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
 ☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 3/25/2019 3:02 PM     /s/ RCY
                                            Judge's signature

City and state:  Richmond, VA              Honorable Roderick C. Young, U.S. Magistrate Judge
                                            *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 3:19sw 115 | Date and time warrant executed: March 29 2019 1837 Hrs | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |

Inventory of the property taken and name of any person(s) seized:

SUBJECT DEVICE/ ATF Item # 295

Sim data extraction, device unsupported for forensic extraction. Device submitted for advanced techniques.

ATF Digital Forensics Branch successfully able to bypass Subject Device security and execute a full forensic image of subject device. On May 6, 2019 SA Byrd executed reports of the forensic image. Contents searched on Subject Device include but not limited to: SMS/MMS/chat messages, Subscriber information, Contacts/Call logs, location data and images/videos contained within Subject device.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: March 29, 2019

_Executing officer's signature_

Thomas W. Byrd / Special Agent
_Printed name and title_